# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-3223
_____

United States of America,

*Plaintiff - Appellee,*

v.

Davion Lashaun Trawick,

*Defendant - Appellant.*
_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern
_____

Submitted: February 9, 2023
Filed: February 16, 2023
[Unpublished]
_____

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Davion Trawick appeals after the district court[1] revoked his supervised release and sentenced him to 10 months in prison and an additional term of supervised

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

release.  His counsel has moved to withdraw, and has filed a brief arguing that the revocation sentence is unreasonable.

We conclude that Trawick's sentence was not unreasonable, as there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors.  *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) (standard of review); *United States v. Larison*, 432 F.3d 921, 922-23 (8th Cir. 2006); *United States v. White Face*, 383 F.3d 733, 740 (8th Cir. 2004); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____